# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**ZAMBRINA A. MARSHALL,**

      **Plaintiff,**

vs.                                                       **Case No.: 2:14-cv-1915**
                                                          **JUDGE SMITH**
                                                          **Magistrate Judge King**

**ARAMARK UNIFORM & CAREER**
**APPAREL, INC.,**

      **Defendant.**

## ORDER

On January 6, 2015, the United States Magistrate Judge issued a *Report and Recommendation and Order* recommending that this case be dismissed for failure to prosecute. (See Report and Recommendation, Doc. 6).  Specifically, Plaintiff failed to appear at the preliminary pretrial conference on December 18, 2014.  Then, she was ordered to show cause by January 5, 2015, why the case should not be dismissed for failure to prosecute and she made no response.

The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so.  There has nevertheless been no objection to the *Report and Recommendation*.

Accordingly, the *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** This case is hereby dismissed for failure to prosecute.

The Clerk shall remove Document 6 from the Court's pending motions list.

**IT IS SO ORDERED**.

/s/ *George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**